IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR226 |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE BALDWIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 33). The Court notes defendant has filed a written waiver of speedy trial (Filing No. 38), and finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; trial of this matter is rescheduled for:

**Wednesday, December 10, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to pursue plea negotiations or prepare for trial, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 29, 2008, and December 10, 2008, shall be deemed excludable time in any computation of time

under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
 LYLE E. STROM, Senior Judge
 United States District Court