```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )           8:08CR226
                              )
      v.                      )
                              )
BRUCE BALDWIN,                )           ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to restrict (Filing No. 94). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. The motion defendant files shall remain sealed pending further order of the Court.

DATED this 20th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court