IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR226 |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE BALDWIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant Bruce Baldwin has filed a Motion to Reconsider Detention (Filing No. 95), proposing a release to the HERO Program at the Stephens Center. Upon consideration of this motion,

IT IS ORDERED:

1) That the defendant be released as proposed after processing on Monday, September 23, 2013, prior to 9 a.m. The Office of the Federal Public Defender will transport defendant Baldwin from the U.S. Marshal's Office directly to the Stephens Center to begin residential treatment at 9 a.m., or as soon thereafter as practical.

2) The release of the defendant is subject to the following conditions:

  (1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(4)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

(5)  Truthfully report to the United States Probation Office as directed [telephone no. (402) 661-7555] and comply with their directions.

(6)  Maintain or actively seek employment.

(7)  Maintain or commence an educational program.

(8)  Obtain no passport. Surrender any passport to U.S. Probation Office.

(9)  Abide by the following restrictions on personal associations, place of abode, or travel:  Not leave Douglas and Sarpy Counties, Nebraska.

(10) Reside at the Stephens Center, HERO Program, in Omaha, Nebraska facility at all times and comply with all the rules of such facility. In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

(11) Participate in mental health counseling as deemed necessary by the Probation Officer after an appropriate evaluation and recommendation for treatment by a mental health professional; sign authorization for the release of information to the United States Probation Office.

(12) Not possess a firearm, destructive device, or other dangerous weapon.

(13) Refrain from any use or possession of alcohol.  Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.  Defendant shall submit to any method of testing at his own expense as required by the officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and may include urine testing, the wearing of a sweat patch, blood tests, and/or a remote alcohol testing system. Defendant shall not obstruct or attempt to obstruct or tamper in any fashion with the efficiency and accuracy of any substance testing equipment, nor submit samples of body fluids which are not his own, nor otherwise adulterate any samples submitted for testing. All collections of fluids for testing shall be at the defendant's expense, payable at the time of collection.

(14) Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(15) Make a full disclosure of his finances and submit to an audit of his financial documents, at the request of the supervising officer. The defendant is prohibited from incurring new credit

-3-

      charges or opening addition lines of credit without the approval of the supervising officer.

(16) Not be with, associate with, or communicate with persons known or suspected to be or to have been involved in drug use or trafficking or weapons possession or weapons trafficking without the prior approval of the supervising officer or the Court except immediate family members; and/or other participants of the HERO Program.

DATED this 20th day of September, 2013.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court