IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR226 |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE BALDWIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 98). The Court notes plaintiff has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The hearing on the petition for warrant or summons for offender under supervision (Filing No. 80) and the amended petition for warrant or summons for offender under supervision (Filing No. 85) is rescheduled for:

**Wednesday, January 15, 2014, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 3rd day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court