IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR226 |
| v. | ) | |
| | ) | |
| BRUCE BALDWIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On December 9, 2013, the defendant appeared through counsel on a 4th Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 110). Defendant was present and represented by Jennifer L. Gilg. Plaintiff was represented Kimberly C. Bunjer, Assistant United States Attorney. The defendant admitted allegation number 4 contained within the Petition are true, and the Court found the defendant to be in violation of conditions of his supervised release. The plaintiff dismissed allegation numbers 1, 2, 3, 5, 6, 7, and 8.

The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 1 year and 1 day with credit for time served.

2)  That upon completion of the defendant's incarceration, he will not be placed on supervised release and any obligations he owes with respect to this case will be concluded.

DATED this 9th day of December, 2013.

BY THE COURT:

/s/  Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20__ to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20____.

UNITED STATES WARDEN

By: _____